**Order entered November 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01207-CV

**LORENA GOMEZ DE GONZALEZ BARRERA A/K/A LORENA TASSINARI GONZALEZ BARRERA, Appellant**

**V.**

**EDUARDO LIVAS-CANTU, ET AL., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02808-1**

## ORDER

By letter filed November 7, 2019, court reporter Jackie Galindo has informed the Court that no hearings were recorded in this case. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file her brief on the merits no later than December 27, 2019.

/s/    ERIN A. NOWELL
       JUSTICE